IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ANTHONY GRAHAM, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION No. 1:21-cv-378 |
| v. | § | |
| | § | JUDGE MICHAEL TRUNCALE |
| WARDEN DOBBS, ET AL., | § | |
| | § | |
| *Defendants*. | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Anthony Graham, a prisoner confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against Warden Dobbs, Well Path Medical Corporation, and the Federal Bureau of Prisons.

The Court referred this matter to the United States Magistrate Judge for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge (Dkt. #3). The Magistrate Judge recommends dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Proper notice was given to the Plaintiff at his last known address. *See* Fed. R. Civ. P. 5(b)(2)(C). No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

1

**Conclusion**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (Dkt. #3) is ADOPTED. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**SIGNED this 22nd day of September, 2021.**

_____
Michael J. Truncale
United States District Judge